Esse COOPER, Appellant,

v.

STATE of Missouri, Respondent.

No. 71988.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 10, 1998.

John M. Schilmoeller, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cristi A. Ingalsbe, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

**ORDER**

PER CURIAM.

Esse Gordon, Movant, appeals from the judgment denying his Rule 24.035 motion without an evidentiary hearing. We have reviewed the briefs and the record on appeal and find the motion court's judgment is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, prepared a memorandum opinion setting forth the reasons for our decision for the use of the parties only. We affirm the judgment pursuant to Rule 84.16(b).

CHRYSLER FINANCIAL CORP.,
Plaintiff/Respondent,

v.

Paul D. BURTON and Linda Burton, Husband and Wife, Defendants/Appellants.

No. 72296.

Missouri Court of Appeals,
Eastern District,
Division One.

March 17, 1998.

McIlroy and Millan, David H. Ash, Bowling Green, for appellant.

Riezman & Blitz, P.C., Nelson L. Mitten, Jill J. Laux, St. Louis, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellants appeal the judgment of the Associate Division of the Circuit Court claiming the trial court erred: 1) in failing to grant judgment for defendants because plaintiff failed to prove its corporate status and failed to prove the contract signed by defendants was assigned to the plaintiff and 2) in giving plaintiff judgment for a deficiency because the sale made by plaintiff of the repossessed vehicle was not "commercially reasonable."

We have read the briefs, reviewed the legal file and transcript. We find no error of law and no jurisprudential purpose will be served by an extended written opinion. The motion to strike appellants' brief is hereby denied. Judgment is affirmed in accordance with Rule 84.16(b).